124 F.3d 195
 In Matter of Billy R. Shurley, Jane Bryant Shurley; Billy R.
Shurley, Jane Bryant
v.
Texas Commerce Bank-San Angelo, N.A., Texas Commerce Bank-
Austin, Dennis Elam; In Matter of Billy R. Shurley, Jane
Bryant Shurley; William H. Armstrong II v. Texas Commerce
Bank-San Angelo, N.A., Dennis Elam, Trustee, Texas Commerce
Bank-Austin
 NO. 96-50138
 United States Court of Appeals,
Fifth Circuit.
 Aug 08, 1997
 W.D.Tex., 115 F.3d 333
 
 1
 DENIALS OF REHEARING EN BANC.